FILED: May 9, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1527
(1:25-cv-00300-AJT-LRV)

_____

JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JOHN DOE 5; JOHN DOE 6; JANE DOE 1; JANE DOE 2; JANE DOE 3; JANE DOE 4; JANE DOE 5

      Plaintiffs - Appellees

v.

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE; CENTRAL INTELLIGENCE AGENCY; JOHN RATCLIFFE, in his official capacity as Director of the Central Intelligence Agency; TULSI GABBARD, in her official capacity as Director of National Security

      Defendants - Appellants

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:25-cv-00300-AJT-LRV |
| Date notice of appeal filed in originating court: | 05/06/2025 |
| Appellants | Central Intelligence Agency, Tulsi Gabbard, Office of the Director of National Intelligence, John Ratcliffe |
| Appellate Case Number | 25-1527 |
| Case Manager | Anisha Walker<br>804-916-2704 |