# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

JOHN DOE 1, et al.,

    *Plaintiffs-Appellees*,

v.

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, et al.,

    *Defendants-Appellants*.

No. 25-1527

## CONSENT MOTION OF APPELLANTS FOR A 7-DAY EXTENSION OF TIME TO FILE OPENING BRIEF AND APPENDIX

For the reasons that follow, the Defendants-Appellants respectfully move the Court for a 7-day extension of time, to and including June 25, 2025, within which to file their opening brief and appendix in this case. Counsel for the Appellees has represented that they consent to this motion. In support of this motion, Appellants state the following:

1. The Appellants' opening brief and appendix is currently due on June 18, 2025. The government has not requested any prior extensions of this deadline, and no oral argument date has been set.

2. The requested extension is necessary to allow the government adequate time to prepare its opening brief. Jennifer Utrecht, an attorney within the United States Department of Justice's Civil Division, is the lead appellate attorney for the Appellants in this matter. Last week, the Civil Division's computer network had major degradations in service, and Ms. Utrecht was unable to access her internal electronic files on this case from Sunday, June 1 until the afternoon of Thursday, June 5. The requested 7-day extension will ensure that Ms. Utrecht has adequate time to complete the government's brief in this case despite this technological problem. A 7-day extension will not appreciably delay the resolution of the case, and counsel will exercise diligence in preparing the brief in the time requested.

4. Appellees' counsel has indicated that the appellees consent to this extension of time.

## CONCLUSION

For the foregoing reasons, we respectfully ask that the Court extend the filing date for the government's opening brief and appendix by 7 days, to and including June 25, 2025.

2

        Respectfully submitted,

        CHARLES W. SCARBOROUGH

        */s/ JENNIFER L. UTRECHT*
        JENNIFER L. UTRECHT
        *Attorneys*
        *Civil Division, Appellate Staff*
        *U.S. Department of Justice*
        *950 Pennsylvania Ave., N.W., Room 7710*
        *Washington, D.C. 20530*
        *(202) 353-9039*

JUNE 2025

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Palatino Linotype 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 278 words, according to the word count of Microsoft Word.

*/s/ Jennifer L. Utrecht*
Jennifer L. Utrecht

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Jennifer L. Utrecht*
Jennifer L. Utrecht