IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| JOHN DOE 1, et al., | ) |
| *Plaintiffs-Appellees,* | ) |
| v. | ) Case No. 25-1527 |
| OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, et al. | ) |
| *Defendants-Appellants* | ) |

**CONSENT MOTION OF PLAINTIFFS-APPELLEES
FOR A 7-DAY EXTENSION OF TIME TO FILE OPENING BRIEF**

For the reasons that follow, the Plaintiffs-Appellees respectfully move the Court for a 7-day extension of time, to and including August 1, 2025, within which to file their opening brief in this case.

Counsel for the Defendants-Appellants has represented that they consent to this motion. In support of this motion, Plaintiffs-Appellees state the following:

1. This is Plaintiffs-Appellees' first such request for extensions of time.

2. The Court previously granted the Defendants-Appellants' consented motion for 7-day extension of time.

3. Good cause exists due to the heavy workload of the undersigned attorney including extensive work demanded by a partial summary judgment hearing before the district court for the District of Columbia that was scheduled and heard in

between Defendants-Appellants' opening brief and the current deadline for response.

4. Despite diligent work and good faith effort to accommodate the deadlines, Plaintiffs-Appellees require a short extension to adequately address the complex issue that require the Court's attention in this case.

## CONCLUSION

For the foregoing reasons, we respectfully ask that the Court extend the filing date for the Plaintiffs-Appellees opening brief seven (7) days, to and including August 1, 2025.

Dated: July 21, 2025                    Respectfully Submitted,

*/s/ Kevin T. Carroll*
Kevin T. Carroll, Esq.
Kia Rahnama, Esq.
Fluet
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
Telephone: (703) 590-1234
Fax: (703) 590-0366
kcarroll@fluet.law
krahnama@fluet.law

*Counsel for Plaintiffs-Appellees*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Times New Roman 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 187 words, according to the word count of Microsoft Word.

                                        */s/ Kevin T. Carroll*
                                        Kevin T. Carroll, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

                                   */s/ Kevin T. Carroll*
                                   Kevin T. Carroll, Esq.