FILED: July 22, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1527
(1:25-cv-00300-AJT-LRV)

_____

JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JOHN DOE 5; JOHN DOE 6; JANE DOE 1; JANE DOE 2; JANE DOE 3; JANE DOE 4; JANE DOE 5

         Plaintiffs - Appellees

v.

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE; CENTRAL INTELLIGENCE AGENCY; JOHN RATCLIFFE, in his official capacity as Director of the Central Intelligence Agency; TULSI GABBARD, in her official capacity as Director of National Intelligence

         Defendants - Appellants

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 08/01/2025

Any reply brief: 21 days from service of response brief.

                                           For the Court--By Direction

                                           /s/ Nwamaka Anowi, Clerk