# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 4, 2025

_____

## DOCKET CORRECTION NOTICE

_____

No.   25-1527,         John Doe 1 v. Office of the Director of National Intelligence
                       1:25-cv-00300-AJT-LRV

TO:    Appellees

BRIEF CORRECTION DUE:  August 11, 2025

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief. The time for filing the next brief is unaffected by this notice.

> [ x ] The memorandum attached is not considered addendum material. Addendum material is limited to copies of statutes, rules, regulations, etc. If counsel wishes to supplement the brief with any other matters, the additional material must be presented to the court under separate cover, using the addendum/attachment entry, and must be accompanied by a motion to file the material as an attachment to the brief pursuant to Local Rule 28(b).

Anisha Walker, Deputy Clerk
804-916-2702