No. 25-1527
IN THE

# United States Court of Appeals
FOR THE FOURTH CIRCUIT

JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JOHN DOE 5; JOHN DOE 6; JANE DOE 1; JANE DOE 2; JANE DOE 3; JANE DOE 4; JANE DOE 5;

*Plaintiffs-Appellees,*

---v.---

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE; CENTRAL INTELLIGENCE AGENCY; JOHN RATCLIFFE, in his official capacity as Director of the Central Intelligence Agency; and TULSI GABBARD, in her official capacity as Director of National Intelligence,

*Defendants-Appellants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**PLAINTIFFS-APPELLEES' UNOPPOSED MOTION FOR LEAVE TO FILE ADDENDUM TO CORRECTED BRIEF**

> Kevin T. Carroll, VSB No. 95292
> Kia Rahnama, VSB No. 93718
> Fluet
> 1751 Pinnacle Drive, Suite 1000
> Tysons, Virginia 22102
> T: (703) 590-1234
> F: (703) 590-0366
> kcarroll@fluet.law
> krahnama@fluet.law
> e-file@fluet.law
> *Attorneys for Plaintiffs-Appellees*

Pursuant to the Court's August 4, 2025, Docket Correction Request, Dkt. 18, and under Local Rule 28(b), Plaintiffs-Appellees request leave of court to supplement their corrected response brief, Dkt. 19, with the addendum attached to this motion.

The attached addendum is a true and correct copy of the 1979 CIA Memo as referenced in Plaintiffs-Appellees' corrected response brief (Dkt. 19 at 25), and on page 161 of the Joint Appendix. JA161.

The Addendum memo was previously hosted at the web address referenced on page 161 of the Joint Appendix. At the time of filing their response brief, Plaintiffs-Appellees became aware that the web address previously referenced in Plaintiffs-Appellees' District Court Memorandum at JA161 has since been updated.

To assist the Court in reviewing the Joint Appendix, and for the Court's ease of access in the future, Plaintiffs-Appellees' counsel contacted counsel for Defendants-Appellants on Monday July 28, 2025, prior to filing the response brief, notified them of the updated weblink, and asked for consent to include a PDF copy of the 1979 CIA Memo as an addendum to Plaintiffs-Appellees' response brief. Counsel for the Defendants-Appellants indicated that they consent to providing the Court with the relevant addendum.

On August 4, 2025, the Court requested that Plaintiffs-Appellees file a corrected response brief and seek leave of court to supplement the corrected response brief with the addendum.

The proposed addendum is still publicly available but is hosted at a different weblink than the one referenced in the Joint Appendix. *See* CIA-RDP96M01138R000600030011-9 (Jan. 23, 1979), *available at* https://www.cia.gov/readingroom/docs/CIA-RDP96M01138R000600030011-9.pdf (last accessed Aug. 5, 2025) and JA161.

Accordingly, Plaintiffs-Appellees respectfully request that the Court considers the attached exhibit as an addendum to the Plaintiff-Appellees' corrected response brief.

Plaintiffs-Appellees' Counsel has conferred with Defendants-Appellants' counsel, who does not oppose the requested leave.

Dated: August 12, 2025

*/s/ Kevin T. Carroll*
Kevin T. Carroll, VSB No. 95292
Kia Rahnama, VSB No. 93718
**Fluet**
1751 Pinnacle Drive, Suite 1000
Tysons, Virginia 22102
T: (703) 590-1234
F: (703) 590-0366
kcarroll@fluet.law
krahnama@fluet.law
e-file@fluet.law
*Attorneys for Plaintiffs-Appellees*

## **CERTIFICATE OF COMPLIANCE**

This brief complies with the type-volume limit of Federal Rule of Appellate Procedure 32(a)(7)(B) because it contains 295 words. This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Times New Roman 14-point font, a proportionally spaced typeface.

Dated: August 12, 2025
/s/ Kevin T. Carroll
Kevin T. Carroll, VSB No. 95292
Kia Rahnama, VSB No. 93718
**Fluet**
1751 Pinnacle Dr., Ste. 1000,
Tysons, VA 22102
T: (703) 590-1234
F: (703) 590-0366
kcarroll@fluet.law
krahnama@fluet.law
e-file@fluet.law
*Attorneys for Plaintiffs-Appellees*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2025 I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system.

*/s/ Kevin T. Carroll*
Kevin T. Carroll, VSB No. 95292
