# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| JOHN DOE 1, et al., *Plaintiffs-Appellees*, v. OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, et al., *Defendants-Appellants*. | No. 25-1527 |

## CONSENT MOTION OF APPELLANTS FOR A 7-DAY EXTENSION OF TIME TO FILE REPLY BRIEF

For the reasons that follow, the Defendants-Appellants respectfully move the Court for a 7-day extension of time, to and including August 29, 2025, within which to file their reply brief in this case. Counsel for the Appellees has represented that they consent to this motion. In support of this motion, Appellants state the following:

1. Appellees filed their response brief, after one 7-day extension, on August 1, 2025. The Appellants' reply brief is currently due on August 22,

2025. The government has not requested any prior extensions of this deadline, and no oral argument date has been set.

2. The requested 7-day extension is necessary to allow the government counsel adequate time to prepare the reply brief in light of other pressing litigation deadlines and prescheduled leave. Jennifer Utrecht, an attorney within the United States Department of Justice's Civil Division, is the lead appellate attorney for the Appellants in this matter. In addition to her work preparing the government's reply brief in this case, Ms. Utrecht is responsible for preparing the government's petition for rehearing en banc in *National Association of Immigration Judges v. Owen*, 23-2235 (4th Cir.) (petition due August 18, 2025), as well as several other matters with pressing internal deadlines.

Charles Scarborough is the attorney with supervisory responsibility in this case. Mr. Scarborough also has supervisory matters for numerous other appellate matters with upcoming deadlines, including *United States ex rel. Sargent v. Secretary of the Department of Veterans Affairs*, No. 25-1153 (1st Cir.) (response brief due August 13, 2025) and *United States ex rel.*

2

*Walthour v. Middle Georgia Family rehab LLC et al.*, No. 24-14102 (11th Cir.) (reply brief due August 26, 2025). In addition, Mr. Scarborough will be out of the office on prescheduled leave from August 12 until August 18.

The requested 7-day extension will ensure that government counsel have adequate time to coordinate and prepare the government's reply brief in light of these other matters and Mr. Scarborough's prescheduled leave. A 7-day extension will not appreciably delay the resolution of the case, and counsel will exercise diligence in preparing the brief in the time requested.

4. Appellees' counsel has indicated that the appellees consent to this extension of time.

## CONCLUSION

For the foregoing reasons, we respectfully ask that the Court extend the filing date for the government's reply brief by 7 days, to and including August 29, 2025.

Respectfully submitted,

CHARLES W. SCARBOROUGH

 /s/ *JENNIFER L. UTRECHT*

JENNIFER L. UTRECHT
*Attorneys*
*Civil Division, Appellate Staff*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W., Room 7710*
*Washington, D.C. 20530*
*(202) 353-9039*

AUGUST 2025

4

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Palatino Linotype 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 398 words, according to the word count of Microsoft Word.

/s/ *Jennifer L. Utrecht*
Jennifer L. Utrecht

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Jennifer L. Utrecht*
Jennifer L. Utrecht