FILED: August 13, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1527
(1:25-cv-00300-AJT-LRV)

_____

JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JOHN DOE 5; JOHN DOE 6; JANE DOE 1; JANE DOE 2; JANE DOE 3; JANE DOE 4; JANE DOE 5

       Plaintiffs - Appellees

v.

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE; CENTRAL INTELLIGENCE AGENCY; JOHN RATCLIFFE, in his official capacity as Director of the Central Intelligence Agency; TULSI GABBARD, in her official capacity as Director of National Intelligence

       Defendants - Appellants

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to file attachment to brief, the court grants the motion and allows the filing of a separately bound attachment within 10 days.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk