# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 8, 2025

_____

## RESPONSE REQUESTED - SIMILAR CASES

_____

No.    25-1527,      John Doe 1 v. Office of the Director of National Intelligence
                          1:25-cv-00300-AJT-LRV

TO:     ALL PARTIES

RESPONSE DUE: 09/11/2025

Response is required to the notice requesting information regarding similar cases on or before 09/11/2025. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

A. Walker, Deputy Clerk
804-916-2702