No. 25-1527
IN THE

# United States Court of Appeals
FOR THE FOURTH CIRCUIT

JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JOHN DOE 5;
JOHN DOE 6; JANE DOE 1; JANE DOE 2; JANE DOE 3; JANE DOE 4;
JANE DOE 5;

*Plaintiffs-Appellees,*

---v.---

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE; CENTRAL
INTELLIGENCE AGENCY; JOHN RATCLIFFE, in his official capacity as
Director of the Central Intelligence Agency; and WILLIAM PULTE, in her
official capacity as Director of National Intelligence,

*Defendants-Appellants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**MOTION OF KIARASH RAHNAMA MOGHADDAM FOR LEAVE TO
WITHDRAW AS COUNSEL FOR PLAINTIFFS-APPELLEES**

Kevin T. Carroll, VSB No. 95292
Mark S. Zaid, P.C.
1250 Connecticut Ave., NW, Ste. 700
Washington, DC 20036
718-791-5761
kevin@markzaid.com

Kia Rahnama, VSB No. 93718
Fluet
1751 Pinnacle Drive, Suite 1000
Tysons, Virginia 22102
T: (703) 590-1234
F: (703) 590-0366
krahnama@fluet.law
e-file@fluet.law

*Attorneys for Plaintiffs-Appellees*

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to Federal Rule of Appellate Procedure 27 and Local Rule 46(C), Kiarash Rahnama Moghaddam (Kia Rahnama) respectfully moves this Court for an order granting him leave to withdraw as counsel for Plaintiffs-Appellees. Kia Rahnama will no longer be working at the Fluet law firm after July 15, 2026, and he will no longer be involved in the proceedings in this action, on appeal, or in the district court.

Neither this Court nor any party will be prejudiced by Mr. Rahnama's withdrawal, as Plaintiffs-Appellees will continue to be represented in this appeal by lead counsel, Kevin T. Carroll of Mark S. Zaid, P.C.

Dated: July 14, 2026

/s/ Kia Rahnama
Kia Rahnama, VSB No. 93718
**Fluet**
1751 Pinnacle Drive, Suite 1000
Tysons, Virginia 22102
T: (703) 590-1234
F: (703) 590-0366
krahnama@fluet.law

*Attorney for Plaintiffs-Appellees*

2

3

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the undersigned certifies that this motion complies with the applicable typeface, type style, and type volume limitations. This motion was prepared using a proportionally spaced type (Times New Roman, 14-point font). Exclusive of the portions exempted by Federal Rule of Appellate Procedure 32(f), this motion contains 103 words. This certificate was prepared in reliance on the word-count function of the word-processing system used to prepare this motion.

Dated: July 14, 2026                    */s/ Kia Rahnama*
                                        Kia Rahnama, VSB No. 93718

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2026, I electronically filed the foregoing

motion with the Clerk of the Court for the United States Court of Appeals for the

Fourth Circuit by using the appellate CM/ECF system.

*/s/ Kia Rahnama*
Kia Rahnama, VSB No. 93718