**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 24, 2026

---

RESPONSE REQUESTED

---

No. 25-1527, John Doe 1 v. Office of the Director of National Intelligence
1:25-cv-00300-AJT-LRV

TO: John Doe 1, John Doe 5, John Doe 4, John Doe 3, John Doe 2, Jane Doe 5, John Doe 6, Jane Doe 2, Jane Doe 1, Jane Doe 4, Jane Doe 3

RESPONSE DUE: **September 3, 2026**

Please respond to the petition for rehearing and rehearing en banc on or before September 3, 2026. The response may not exceed 3900 words.

A. Walker, Deputy Clerk
804-916-2702