FILED: September 3, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-1527
(1:25-cv-00300-AJT-LRV)

---

JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JOHN DOE 5; JOHN DOE 6; JANE DOE 1; JANE DOE 2; JANE DOE 3; JANE DOE 4; JANE DOE 5

Plaintiffs - Appellees

v.

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE; CENTRAL INTELLIGENCE AGENCY; JOHN RATCLIFFE, in his official capacity as Director of the Central Intelligence Agency; WILLIAM PULTE, in his official capacity as Acting Director of National Intelligence

Defendants - Appellants

---

O R D E R

---

Upon consideration of submissions relative to appellees' motion requesting extension of time to respond to appellants' petition for rehearing, the court grants the motion and extends the deadline for filing a response to September 3, 2026.

For the Court

/s/ Nwamaka Anowi, Clerk