# MARK S. ZAID, P.C.
ATTORNEY-AT-LAW

1250 CONNECTICUT AVENUE, N.W.
SUITE 700 – PMB 5287
WASHINGTON, DC 20036

FACSIMILE: (202) 558-4432
www.MarkZaid.com

**MARK S. ZAID, MANAGING PARTNER**
(admitted in CT, DC, MD, NY)
E-MAIL: MARK@MARKZAID.COM
**KEVIN T. CARROLL, PARTNER**
(admitted in DC, NY, VA)
E-MAIL: KEVIN@MARKZAID.COM
**ILANA S. GREENSTEIN, OF COUNSEL**
(admitted in MD)
E-MAIL: ILANA@MARKZAID.COM

**BRADLEY P. MOSS, PARTNER**
(admitted in DC, IL)
E-MAIL: BRAD@MARKZAID.COM
**GEOFFREY S. DEWEESE, SPECIAL OF COUNSEL**
(admitted in CO, DC)
E-MAIL: GEOFFREY@MARKZAID.COM
**ANDREW P. BAKAJ, SPECIAL OF COUNSEL**
(admitted in DC, NJ)
E-MAIL: ANDREW@MARKZAID.COM


October 21, 2026

Nwamaka Anowi, Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

**Via CM/ECF**

Re: *John Doe 1, et al. v. Office of the Director of National Intelligence*, No. 25-1527 (4th Cir.)

Dear Ms. Anowi:

Appellees submit this letter in response to Appellants' letter of October 20, 2026, Dkt. 54, informing this Court that the Central Intelligence Agency ("CIA") revised its regulation at issue in this case, Agency Regulation 14-6, *Termination of Employment* ("AR 146"), to state that officers terminated pursuant to excess personnel determinations "need not be considered for reassignment and hold no right to appeal."

Appellants' letter confirms that any future controversy regarding CIA officers' termination rights would need to be analyzed under a new Agency regulation. Appellants decline to say whether this regulatory change began or was even completed before they filed their petition for rehearing en banc. *See* Dkt. 53 at 8 (suggesting the change began "after oral argument in this case").

Regardless, it is now clear that the panel's decision lacks the sort of ongoing precedential force that could warrant en banc proceedings.

Respectfully submitted,
<u>*s/ Kevin Thomas Carroll*</u>

Kevin Thomas Carroll
Virginia Bar No. 95292
Mark S. Zaid, P.C.
1250 Connecticut Avenue, NW, Suite 700
Washington, DC 20036
(718) 791-5761
Kevin@MarkZaid.com

*Counsel for John Doe et al.*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with the requirements of Federal Rule of Appellate Procedure 28(j). The body of this letter contains 143 words.

*s/ Kevin Thomas Carroll*
Kevin Thomas Carroll

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*s/ Kevin Thomas Carroll*
Kevin Thomas Carroll